🔖 PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2018

SEAN F. McAVOY, CLERK

U.S.A. vs.     Erika Rose Queahpama         Docket No.    1:18-cr-02020-SAB-1

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erika Rose Queahpama, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Yakima, Washington, on the 21st day of March 2017, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C.§ 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Consuming controlled substances marijuana and methamphetamine on or about March 27, 2018.
**Violation #2:** Consuming controlled substance methamphetamine on or about April 4, 2018.
**Violation #3:** Failing to report to the probation office as directed on April 9, 2018.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    4/10/2018 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt
U.S. Pretrial Services Officer |

**Carlos Qunito Fragoso**
**April 10, 2018**
**Page 2**

THE COURT ORDERS
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____April 12, 2018_____
Date