PROB 12C
(6/16)

Report Date: October 24, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Erika Rose Queahpama         Case Number: 0980 1:18CR02020-SAB-1

Address of Offender: 1441 Medicine Valley Road, White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 13, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a) (1), (b)(1)(B) (viii) | |
| Original Sentence: | Prison - 366 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(5/02/2023) | Prison - Time Served (28 days)<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 8, 2023 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To issue a warrant.

On June 26, 2023, the conditions of release were reviewed and signed by Ms. Queahpama, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

   1                    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

                        **Supporting Evidence**: Ms. Queahpama is alleged to have violated her conditions of supervision by failing to report to the probation office as directed on October 18, 2023, before 3 p.m.

                        On October 16, 2023, this officer spoke to Ms. Queahpama by telephone and confirmed she would report to the probation office on October 18, 2023, before 3 p.m. for a urinalysis.

Prob12C
Re: Queahpama, Erika Rose
October 24, 2023
Page 2

On October 18, 2023, Ms. Queahpama did not report to the probation office by 3 p.m. as directed. This officer attempted to contact Ms. Queahpama by telephone but was unsuccessful. This officer spoke to Ms. Queahpama's father, Erick Queahpama, who said he would drive her to the probation office, but could not reach her. He agreed to contact this officer if he had any contact with her.

On October 19, 2023, this officer attempted to contact Ms. Queahpama by telephone, but again was unsuccessful. On October 20, 2023, this officer attempted to conduct a home inspection at Ms. Queahpama's listed residence. This officer knocked on the front door several times, but no one answered.

2   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Queahpama is alleged to have violated her conditions of supervision by failing to provide a urinalysis as directed on October 18, 2023, before 3 p.m.

Please refer to narrative found in Violation #1.

3   **Special Condition #1:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Queahpama is alleged to have violated her conditions of supervision by not participating and complying with her substance abuse treatment program since October 11, 2023.

On October 20, 2023, this officer contacted Ms. Queahpama's substance abuse counselor at the Yakama Nation Tiinawit Program. The counselor stated Ms. Queahpama last attended a substance abuse class on October 11, 2023, and was a no-call no-show for her class on October 18, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/24/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Queahpama, Erika Rose**
**October 24, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

10/25/2023
Date